IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WESLEY LEE SUMLER,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:08-cv-46 (HL) |
| **CAPTAIN JERRY LIPSEY,** **Jail Administrator,** | : |
| Defendant. | : |

# **ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eleventh Circuit. The Eleventh Circuit has vacated the Order of this Court, entered April 10, 2008, in which the Court dismissed the complaint as frivolous, and has directed that the complaint be dismissed without prejudice.

Plaintiff, a prisoner, brought suit under 42 U.S.C. § 1983, against Defendant, a jail administrator, for making threats against Plaintiff in retaliation for his exercise of free speech and in violation of his rights under the First Amendment. Plaintiff alleged that Defendant made verbal threats against him; he did not make any allegations of physical injury. Rather, his claim was for the constitutional injury to his free speech rights.[1]

---

[1] Mere threats of physical injury are not cognizable under § 1983, Edwards v. Gilbert, 867 F.2d 1271, 1273 n.1 (11th Cir. 1989), and claims alleging mere threats without a showing of physical injury would be deemed frivolous and dismissed with prejudice. Here, however, Plaintiff alleged more than mere threats by alleging a

Under the Prison Litigation Reform Act, a prisoner plaintiff is barred from bringing a claim for mental or emotional injury without a prior showing of physical injury. 42 U.S.C. § 1997e(e). The physical injury limitation contained in § 1997e(e) applies to claims for constitutional violations without a physical injury component. *See, e.g.,* Douglas v. Yates, 535 F.3d 1316 (11th Cir. 2008). Any such claims would not be dismissed with prejudice, however. Instead, they would be subject to dismissal without prejudice to the plaintiff's right to bring those claims when he is no longer confined to a prison facility. Napier v. Preslicka, 314 F.3d 528, 531-32 (11th Cir. 2002). Therefore, inasmuch as Plaintiff's claims are for a constitutional violation without any allegation of physical injury, and consistent with the directives of the Eleventh Circuit, the Court hereby dismisses without prejudice Plaintiff's complaint. Let judgment be entered accordingly.

**SO ORDERED**, this the 8th day of December, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, JUDGE**

mls

---

violation of his rights under the First Amendment.